STEPHEN TUNSTALL, Respondent, *v.* WALTER W. WINTON, Appellant.

(Argued October 24, 1882 ; decided October 27, 1882.)

*B. F. Sawyer* for appellant.

*Edward P. Wilder* for respondent.

Agree to reverse order and to grant motion. No opinion.
All concur, except RAPALLO, J., absent.
Ordered accordingly.

———————

EDWARD W. DAVIS et al., Respondents, *v.* HENRY C. BROOKS, ANGLO-AMERICAN CANNING COMPANY, Appellant.

(Argued October 24, 1882 ; decided October 27, 1882.)

*Joseph Fettretch* for appellant.

*Ira D. Warren* for respondent.

Agree to affirm. No opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.

———————

JOHN HARRINGTON MCLACHLIN et al., Respondents, *v.* JAMES E. BRETT et al., Appellants.

(Argued October 24, 1882; decided October 27, 1882.)

*Joseph W. Howe* for appellants.

*Edward C. James* for respondents.

Agree to dismiss appeal. No opinion.
All concur, except RAPALLO, J., absent.
Appeal dismissed.